# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO MACHADO, | Case No. CV 07-3783-R (JTL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| CALIFORNIA, Warden, | |
| Respondent. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the First Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed for lack of jurisdiction.

DATED: Jan. 2, 2008

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE